John C. Pharr
LAW OFFICES OF JOHN C. PHARR, P.C.
733 West Fourth Ave., Ste 308
Anchorage, Alaska 99501
Phone (907) 272-2525
Fax (907) 277-9859
jpharr@pharr-law.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| AURORA HOSPITALITY, LLC<br><br>Plaintiff<br>v.<br><br>ALEXANDER DOO WOOK KIM,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-00173-SLG<br><br>**MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(i)** |
|---|---|---|

COMES NOW plaintiff AURORA HOSPITALITY, LLC, by and through counsel, and moves to dismiss the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 26th day of September, 2019.

                    LAW OFFICES OF JOHN C. PHARR, P.C.
                    Attorneys for plaintiff

                    By: /s/ John C. Pharr
                         John C. Pharr, ABA 8211140

I HEREBY CERTIFY that on
September 26, 2019, a copy
of the foregoing was served
electronically on:

Michael B. Baylous, Lane Powell LLC

s/John C. Pharr

John C. Pharr
LAW OFFICES OF JOHN C. PHARR, P.C.
733 West Fourth Ave., Ste 308
Anchorage, Alaska 99501
Phone (907) 272-2525
Fax (907) 277-9859
jpharr@pharr-law.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| AURORA HOSPITALITY, LLC | ) | Case No. 3:19-cv-00173-SLG |
|---|---|---|
| Plaintiff | ) ) | **ORDER ON MOTION TO DISMISS** |
| v. | ) ) | **PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| ALEXANDER DOO WOOK KIM, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff AURORA HOSPITALITY, LLC, having moved to dismiss the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this case is DISMISSED on motion of the plaintiff.

DATED this ____ day of _____, 2019.

                                                         Hon. Sharon L. Gleason
                                                         Judge of the Federal District Court, D. Alaska

I HEREBY CERTIFY that on
September 26, 2019, a copy
of the foregoing was served
electronically on:

Michael B. Baylous, Lane Powell LLC

s/John C. Pharr